FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On September 15, 2020, appellee John Salas filed a single brief labeled "Appellee's Brief," raising cross-appellant points and making appellant's cross-appellee brief due by October 15, 2020. *See* TEX. R. APP. P. 38.6(b). Neither a cross-appellee's brief nor motion requesting an extension of time to file that brief has been filed. We therefore **ORDER** appellant to file **by November 20, 2020** its cross-appellee's brief and a written response explaining its failure to timely file the brief. Appellant is advised that if a cross-appellee's brief is not filed, the case may be set at issue without a cross-appellee's brief. Should appellant choose to include its cross-appellee's points in its reply brief, it must file a motion for leave requesting such relief **by October 26, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court